UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IGOR ZIMNOVICH, | |
| Plaintiff(s), | |
| -against- | |
| SCHOTT NORTH AMERICA, INC., *et al.*, | |
| Defendant(s). | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/2026

26-CV-2082-NSR

ORDER OF SERVICE

Nelson S. Román, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the fees to commence this action.

The Clerk of Court is directed to issue a summons as to Defendants Schott North America, Inc., Starrtrax, and Jonathan Starr. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of each summons.[1]

If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

Plaintiff may receive court documents by email by completing the form, Consent to Electronic Service.[2] The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* Plaintiff at the address listed on ECF.

SO ORDERED.

Dated:    March 25, 2026
          White Plains, New York

Nelson S. Román
United States District Judge

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because Plaintiff had not paid the fees. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

[2] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.