UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 10/01/2026

IGOR ZIMNOVICH,

Plaintiff,

-against-

SCHOTT NORTH AMERICA, INC., STARRTRAX, and JONATHAN STARR, *in his individual capacity*,

Defendants.

26-cv-2082 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

The Court has been informed that the parties have reached a settlement in principle of this case. (*See* ECF No. 28.) Accordingly, it is hereby ORDERED that this action is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof. Any pending motions are DISMISSED as moot, and all conferences are CANCELLED.

The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next thirty (30) days with a request that the agreement be "so ordered" by the Court.

The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* Plaintiff at the address listed on ECF, note service on the docket, and terminate the motion at ECF No. 28.

Dated: October 1, 2026
White Plains, NY

SO ORDERED:



NELSON S. ROMÁN
United States District Judge